IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNELL RIDDICK, | : | |
| Petitioner, | : | 3:17-cv-0740 |
| | : | |
| v. | : | |
| | : | Hon. John E. Jones III |
| SUPERINTENDENT CYNTHIA LINK, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER[1]

**June 2, 2020**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED as follows:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

2. Petitioner's motion (Doc. 30) to amend is DENIED.

3. There is no basis for the issuance of a certificate of appealability. *See* R. GOVERNING § 2254 CASES R. 11(a) (stating that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant").

4. The Clerk of Court is directed to CLOSE this case.

> s/ John E. Jones III
> John E. Jones III, Chief Judge
> United States District Court
> Middle District of Pennsylvania

---

[1] This matter has been reassigned due to the death of the Honorable James M. Munley.